| | | |
|---|---|---|
| People v Beharry | 2d Dept: 139 AD3d 869 (Kings) | denied 8/17/16 (Pigott, J.) |
| People v Bell | 4th Dept: 140 AD3d 1695 (Monroe) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Beverly | 3d Dept: 140 AD3d 1400 (Albany) | denied 8/16/16 (DiFiore, Ch. J.) |
| People v Blair | 3d Dept: 140 AD3d 1478 (Hamilton) | denied 8/23/16 (Rivera, J.) |
| People v Blanding | 1st Dept: 139 AD3d 641 (NY) | denied 8/25/16 (DiFiore, Ch. J.) |
| People v Blond | App Div, 3d Dept: 2016 NY Slip Op 68278(U) (Schenectady) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Blue | 2d Dept: 136 AD3d 840 (Kings) | denied 8/1/16 (Rivera, J.) |
| People v Bowman | 3d Dept: 139 AD3d 1251 (Albany) | denied 8/1/16 (Rivera, J.) |
| People v Boyce | 2d Dept: 138 AD3d 881 (Suffolk) | denied 8/1/16 (Rivera, J.) |
| People v Breazil | App Div, 2d Dept: 2016 NY Slip Op 74726(U) (Kings) | dismissed 8/29/16 (Pigott, J.) |
| People v Briggs | 3d Dept: 138 AD3d 1355 (Schenectady) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Bristol | 2d Dept: 140 AD3d 781 (Queens) | denied 8/19/16 (Stein, J.) |
| People v Britton | 2d Dept: 140 AD3d 975 (Kings) | denied 8/31/16 (DiFiore, Ch. J.) |
| People v Brooks (Shantee) | 2d Dept: 139 AD3d 751 (Queens) | denied 8/23/16 (DiFiore, Ch. J.) |
| People v Brooks (Tracy) | 4th Dept: 139 AD3d 1396 (Ontario) | denied 8/11/16 (Rivera, J.) |
| People v Brown (Derrick) | 2d Dept: 139 AD3d 963 (Kings) | denied 8/10/16 (Rivera, J.) |
| People v Brown (Shyron) | 2d Dept: 139 AD3d 964 (Dutchess) | denied 8/1/16 (Fahey, J.) |
| People v Caballero | 2d Dept: 137 AD3d 929 (Queens) | denied 8/2/16 (Fahey, J.) |
| People v Cabrera | 1st Dept: 133 AD3d 495 (NY) | denied 8/1/16 (Rivera, J.) |
| People v Calas | 2d Dept: 134 AD3d 1043 (Queens) | denied 8/25/16 (Rivera, J.) |
| People v Campbell (Christopher) | 1st Dept: 140 AD3d 531 (NY) | denied 8/23/16 (DiFiore, Ch. J.) |
| People v Campbell (Jabbar) | App Div, 2d Dept: 2016 NY Slip Op 74482(U) (Kings) | dismissed 8/29/16 (Garcia, J.) |
| People v Carney | App Div, 4th Dept: 2016 NY Slip Op 68898(U) (Erie) | denied reconsideration 8/16/16 (DiFiore, Ch. J.) |